```
THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 265365
Michael G. Devlin, State Bar No. 265365
michaeldevlin@bickellawfirm.com
750 B Street, Suite 1950
San Diego, California 92101
Telephone:      (619) 374-4100
Facsimile:      (619) 231-9040
```

JS-6

Attorneys for Plaintiff TRACY LE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY LE, <br><br> Plaintiff, <br><br> vs. <br><br> BMW OF NORTH AMERICA, LLC, and DOE 1 through DOE 10 inclusive, <br><br> Defendants, | Case No. CV 11-03283-RGK (SSx) <br><br> [Action Commenced: April 18, 2011] <br><br> [PROPOSED] ORDER DISMISSING THE ACTION |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Date: February 2, 2012

_____
Honorable R. Gary Klausner

---

1

[PROPOSED] ORDER DISMISSING THE ACTION     CV 11-03283-CBM (SSx)